396 A.2d 834

Heess et al. v. Beilby, Appellant.

Argued October 24, 1978.

Sidney Sokolsky, for appellant; Clyde T. MacVay, for appellees.

Before PRICE, HESTER and WATKINS, JJ.

Judgment affirmed.

396 A.2d 834

International Business Machines Corporation v. The Southwest Journal et al., Appellants.

Argued October 24, 1978.

Thomas A. Scott, for appellants; Robert A. Galanter, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.